# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Gonzales

                  Plaintiff,

v.                                        Case No.: 1:17–cv–01614

                                              Honorable John Z. Lee

Weber Marking Systems, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 1, 2017:

    MINUTE entry before the Honorable John Z. Lee: In light of the settlement noted in Magistrate Judge Kim's order [23], Defendants' motion to dismiss [16], the corresponding briefing schedule, the discovery deadlines set on 5/9/17, and the status hearing set for 8/1/17 are stricken as moot. Status hearing set for 6/20/17 at 9:00 a.m. If the parties file their stipulation of dismissal with the Court prior to that date, no appearance will be required. This case is placed on the suspended trial calendar. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.